No. 216. EMPLOYERS INSURANCE OF WAUSAU, Appellant, v. GROSS, Respondent: THE DOWNEY COMPANY, Defendant.

(Also reported in 221 N. W. 2d 919.)

The cause was submitted for the appellant on the briefs of *Schellinger & Doyle, S. C.,* attorneys, and *James G. Doyle* and *James A. Baxter* of counsel, all of Milwaukee; and for the respondent on the brief of *Arnold, Murray & O'Neill,* attorneys, and *Robert C. Watson* of counsel, all of Milwaukee.

The judgment is affirmed.